UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **JOHN MARK TROHA** | * | **CIVIL ACTION NO. 15-2706** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the United States of America's "Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6)," construed as a motion to dismiss for lack of subject matter jurisdiction [Doc. No. 5] is GRANTED, and Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE** in its entirety.

**MONROE, LOUISIANA**, this 9th day of June, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE